797 A.2d 877

IN THE MATTER OF RICHARD L. GRUBER,
AN ATTORNEY AT LAW.

May 30, 2002.

Corrected **ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, recommending that **RICHARD L. GRUBER** of **NEWARK, NEW JERSEY** who was admitted to the bar of this State in 1977, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **RICHARD L. GRUBER** is temporarily suspended from the practice of law, effective immediately, and until the further Order of the Court; and it is further

238

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **RICHARD L. GRU-BER** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of the Court; and it is further

ORDERED that **RICHARD L. GRUBER** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.